**David L. AMERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46564.**

Missouri Court of Appeals,
Western District.

April 13, 1993.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for post-conviction relief following an evidentiary hearing. The judgment is affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Larry W. DUDLEY, Appellant.**

**No. WD 46775.**

Missouri Court of Appeals,
Western District.

April 13, 1993.

Art Tejeda, Columbia, for appellant.

Robert R. Sterner, Fulton, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM:

Appeal from convictions of driving while intoxicated, section 577.010, RSMo 1986, and property damage in the second degree, section 569.120, RSMo 1986, and from two consecutive sentences of six months' confinement and fines imposed by the court.

Judgment affirmed. Rule 30.25(b).

■

**STATE of Missouri, ex rel DIVISION OF FAMILY SERVICES, Joshua Wayne Wimsatt, b/n/f Lori Lynn McGee, Individually, Respondents,**

v.

**Randall C. BURNS, Appellant.**

**No. WD 46711.**

Missouri Court of Appeals,
Western District.

April 13, 1993.

Cenobio Lozano, Jr., Harrisonville, for appellant.

Jo–Ellen Horn, Independence, for respondents.

Before ULRICH, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM:

Defendant appeals from the trial court's finding of paternity and order requiring support and reimbursement.

The judgment is affirmed. Rule 84.16(b).